**No. 09-10142. Frederick Hedgespeth, Petitioner v. Roy L. Hendricks,**

former Administrator, New Jersey State Prison, et al.

560 U.S. 969, 130 S. Ct. 3418, 177 L. Ed. 2d 330, 2010 U.S. LEXIS 4923.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 340 Fed. Appx. 767.